```
               IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION


IN RE: GREGORY A. BAKER                    )
       & SANDRA DEE BAKER                  )
                                           )
Select Portfolio Servicing, Inc. as        )
servicing agent for The Bank Of New        )
York Mellon Trust Company, NA, FKA The     )
Bank of New York Trust Company, NA, as     )
successor to JPMorgan Chase Bank, as       )
trustee, in trust for the Holders of       )
Truman Mortgage Loan Trust 2002,           )
Asset-Backed Certificates, Series 2002-2)
           Creditor,                       )
                                           )
    vs.                                    ) CASE NO. 10-05513
                                           ) JUDGE Janet Baer
GREGORY A. BAKER & SANDRA DEE BAKER,       )
           Debtors                         )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Select Portfolio Servicing, Inc. as servicing agent for The Bank Of New York Mellon Trust Company, NA, FKA The Bank of New York Trust Company, NA, as successor to JPMorgan Chase Bank, as trustee, in trust for the Holders of Truman Mortgage Loan Trust 2002, Asset-Backed Certificates, Series 2002-2 by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The following is an itemization of the amounts due on the loan as of May 7, 2014:

    The loan is paid in full.

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within twenty one days of this notice Select Portfolio Servicing, Inc. as servicing agent for The Bank Of New York Mellon Trust Company, NA, FKA The Bank of New York Trust Company, NA, as successor to JPMorgan Chase Bank, as trustee, in trust for the Holders of Truman Mortgage Loan Trust 2002 Asset-Backed Certificates, Series 2002-2 rights to collect these amounts will be unaffected.

Respectfully Submitted,

Select Portfolio Servicing, Inc. as servicing agent for The Bank Of New York Mellon Trust Company, NA, FKA The Bank of New York Trust Company, NA, as successor to JPMorgan Chase Bank, as trustee, in trust for the Holders of Truman Mortgage Loan Trust 2002 Asset-Backed Certificates, Series 2002-2


/s/Christopher M. Brown
Christopher M. Brown
ARDC#6271138

Pierce and Associates, P.C.
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312)346-9088

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: GREGORY A. BAKER<br>    & SANDRA DEE BAKER<br><br>Select Portfolio Servicing, Inc. as<br>servicing agent for The Bank Of New<br>York Mellon Trust Company, NA, FKA The<br>Bank of New York Trust Company, NA, as<br>successor to JPMorgan Chase Bank, as<br>trustee, in trust for the Holders of<br>Truman Mortgage Loan Trust 2002,<br>Asset-Backed Certificates, Series 2002-2<br>        Creditor,<br><br>    vs.<br><br>GREGORY A. BAKER & SANDRA DEE BAKER,<br>        Debtors | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 10-05513<br>) JUDGE Janet Baer<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

      I, the undersigned Attorney, Certify that a copy of this Response was served to the Addresses attached by Electronic Notice through ECF or depositing same at the U.S. Mail at 1 North Dearborn Street, 13th Floor, Chicago, IL 60602 at 5:00 p.m. on May 9, 2014, with proper postage prepaid.

                                                            /s/Christopher M. Brown
                                                            Christopher M. Brown
                                                            ARDC#6271138

**\*\*\*THESE DOCUMENTS ARE AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE\*\*\***

Pierce and Associates,
1 North Dearborn
13th Floor
Chicago, IL 60602

<u>NOTICE OF MOTION ADDRESSES</u>

To Trustee:
Marilyn O. Marshall
224 South Michigan
Suite 800
Chicago, Illinois 60604
**by Electronic Notice though ECF**

To Debtor:
GREGORY A. & SANDRA DEE BAKER
9719 South Merrill
Chicago, IL 60617
**by U.S. Mail**

To Attorney:
PRO SE
SEE ADDRESS FOR DEBTOR(S)
SEE ADDRESS FOR DEBTOR(S)
**by Electronic Notice though ECF**

PIERCE & ASSOCIATES, P.C.
Attorneys for: Creditor
1 North Dearborn Suite 1300
Chicago, Illinois 60602
(312) 346-9088

PA12-2301